| | |
|---|---|
| 1 | MICHAEL S. LAWSON (SBN 048172) |
| | City Attorney |
| 2 | RAFAEL E. ALVARADO JR. (SBN 247904) |
| | Assistant City Attorney |
| 3 | CITY OF HAYWARD |
| | 777 B Street, 4th Floor |
| 4 | Hayward, CA 94541-5007 |
| | Tel: (510) 583-4450 |
| 5 | Fax: (510) 583-3660 |
| 6 | Attorneys for Defendant |
| | Police Officer Loring Cox. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANA HACKNEY, | Case No. CV 14-1714 (JCS) |
| Plaintiff, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT LORING COX; AND [~~PROPOSED~~] ORDER |
| v. | |
| CITY OF HAYWARD, A MUNICIPAL CORPORATION; LORING COX, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF HAYWARD; DOES 1-25, INCLUSIVE INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS CITY OF HAYWARD POLICE OFFICERS, | |
| Defendants. | |

PLEASE TAKE NOTICE that the Law Offices of William R. Rapoport has been retained to substitute as counsel for Defendant LORING COX in the above-captioned matter.

Withdrawing as counsel for Defendant LORING COX are:

> MICHAEL S. LAWSON
> City Attorney
> RAFAEL E. ALVARADO JR.
> Assistant City Attorney
> HAYWARD CITY ATTORNEY'S OFFICE
> 777 B Street, 4th Floor
> Hayward, CA 94541-5007
> Tel: (510) 583-4450
> Fax: (510) 583-3660

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant LORING COX:

>WILLIAM R. RAPOPORT
>LAW OFFICES OF WILLIAM R. RAPOPORT
>643 Bair Island Road, Suite 400
>Redwood City, CA, 94063
>Tel: (650) 340 - 7107
>Fax: (650) 365-7981

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: July 30, 2014     By: _____
                              Defendant LORING COX

DATED: July 24, 2014     HAYWARD CITY ATTORNEY'S OFFICE

                         By:   /s/ Rafael E. Alvarado Jr.
                              Rafael E. Alvarado Jr.,
                              Assistant City Attorney

DATED: July 30, 2014     LAW OFFICES OF WILLIAM R. RAPOPORT

                         By: _____
                              William R. Rapoport, Esq.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 30, 2014     LAW OFFICES OF WILLIAM R. RAPOPORT

                         By: _____
                              William R. Rapoport, Esq.

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: 7/31/14           By: _____
                              Judge Joseph C. Spero
                              UNITED STATES DISTRICT COURT