UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SHANNA HACKNEY,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF HAYWARD, et al.<br><br>     Defendants.<br>_____/ | No. C 14-1714 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      October 17, 2014<br>Mediator:  Gregory Walker |

   IT IS HEREBY ORDERED that the request to excuse defendant Officer Loring Cox from appearing in person at the October 17, 2014, mediation before Gregory Walker is GRANTED. Officer Cox shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

         IT IS SO ORDERED.

September 30, 2014          By:   _____
Dated                                      Maria-Elena James
                                           United States Magistrate Judge